FILED
NOV 0 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR2988-JLS |
|---|---|
| Plaintiff, | ) |
| | ) **I N F O R M A T I O N** |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| | ) 960 - Importation of marijuana |
| THOMAS JOSEPH BRUNO, SR, | ) (Felony) |
| | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about October 2, 2007, within the Southern District of California, defendant THOMAS JOSEPH BRUNO, SR, did knowingly and intentionally import approximately 92.75 kilograms (approximately 204.01 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/1/07.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
10/19/07