**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | ) U.S.C.D. No. 07cr2988-JLS<br>) |
| v. | )<br>) |
| **TOMAS BRUNO,** | ) CERTIFICATE OF SERVICE BY ECF<br>) |
| Defendant. | )<br>)<br>) |

I, the undersigned, say:

1. That I am over eighteen (18) years of age, a resident of the County of San Diego, State of California, not a party in the within action, and that my business address is 501 W. Broadway, Suite A-387, San Diego, California, 92101; and

2. That I filed the within <u>SENTENCING MEMORANDUM</u> by electronically filing them through the CM/ECF service;

3. That I served the within on counsel for Plaintiff by electronic means:

    United States Attorney's Office

I certify that the foregoing is true and correct. Executed on January 28, 2008, at San Diego, California.

                                                   /s/ Antonio Yoon<br>
                                                   Antonio F. Yoon